**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00132-CV

### D. BRENT LEMON, Appellant

### V.

### DANIEL HAGOOD, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03989-E**

## ORDER

The Court **GRANTS** appellant's November 18, 2013 motion to extend time to file his

reply brief. Appellant's reply brief is due by December 31, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE